# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00370-CV

**Ellen P. Stewart, the Court-Appointed Attorney ad Litem for the Proposed Ward, A. C.,
Appellant**

**v.**

**The Estate of Andrea Crowson and CareFor, Appellees**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-18-000306, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ellen P. Stewart, the Court-Appointed Attorney ad Litem for the
Proposed Ward, A. C. has filed an agreed motion to dismiss this appeal. We grant appellant's
motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed on Appellant's Motion

Filed: October 9, 2019